IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMANUIL KAIDANOV,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA STATE UNIV.,** *et al.*, | : | NO. 14-3191 |
| Defendants. | : | |

# ORDER

**AND NOW**, this 23rd day of December, 2014, upon consideration of Defendants' Motion to Dismiss (Docket No. 3) and Plaintiff's Opposition thereto (Docket No. 6), and following oral argument on November 25, 2014, it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part** and **DENIED in part**. Counts I, III, IV, V, and VII are **DISMISSED** in their entirety. Count VI is **DISMISSED** as to the Individual Defendants (Defendants David Joyner and Julie Del Giorno) only. Counts II and VI will *not* be dismissed as to Defendant Penn State.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge