# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMANUIL G. KAIDANOV | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA STATE UNIVERSITY | : | NO. 14-3191 |

## ORDER

**AND NOW, TO WIT:** This 19th day of June, 2015, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Magistrate Timothy Rice** will retain jurisdiction over the matter to enforce the terms of the settlement.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   S/Rose A. Barber
      Rose A. Barber
      Deputy Clerk

Copies sent by ECF to:
Alvin F. DeLevie
Emily H. Edmunds
James A. Keller